THE CITY OF CAMDEN, APPELLANT, v. CAMDEN COUNTY BOARD OF TAXATION ET AL., RESPONDENTS.

Argued February 8, 1939—Decided April 21, 1939.

For the appellant, *Firmin Michel*.

For the respondent, *Clinton I. Evans*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, DONGES, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 11.

*For reversal*—None.